# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIRSHA BROWN-YOUNGER, )
) Case No. 2:11-cv-00971-KJD-PAL
Plaintiff, )
) **ORDER**
vs. )
) (IFP App - Dkt. #1)
THE UNITED STATES GOVERNMENT, ) (Mtn for Svs- Dkt. #4)
) (Mtn for CM/ECF - Dkt. #10)
Defendant. )

This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1). Plaintiff is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1). This proceeding was referred to this court by Local Rule IB 1-9.

**I.     Application to Proceed *In Forma Pauperis* (Dkt. #2).**

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded to questions 1 or 5; and she has not responded fully to questions 3, 7, or 8. With regard to question 7, she has not stated how much she contributes to her son's support, and regarding question 8, she has not described the amounts owed or stated to whom they are owed. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and her Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

**II.    Motion for Service (Dkt. #4).**

Plaintiff requests an order that her Complaint and summons be served upon Defendant. Service is not appropriate until after the court has screened Plaintiff's Complaint. The court will not screen Plaintiff's Complaint until she has been approved to proceed *in forma pauperis.* Once Plaintiff's Complaint has been screened and found to state a claim upon which relief can be granted, the court will

direct the Complaint to be served by the U.S. Marshal's Service. Plaintiff's Motion for Service (Dkt. #4) will be denied as premature.

**III.     Motion for CM/ECF Access (Dkt. #10).**

Plaintiff requests permission to access the court's electronic filing system, CM/ECF, to electronically file and view submissions. Plaintiff has not yet stated a claim upon which relief can be granted. Therefore, her request will be denied without prejudice, and she may renew her request after such time as the court screens Plaintiff's Complaint and finds it states a cognizable claim.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **September 22, 2011,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

3. Plaintiff's Motion for Service (Dkt. #4) is DENIED as premature.

4. Plaintiff's Motion for CM/ECF Access (Dkt. #25) is DENIED WITHOUT PREJUDICE.

Dated this 22nd day of August, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE