# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSHA BROWN-YOUNGER,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　　　Defendants. | Case No.:  2:11-cv-00971-GMN-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered November 28, 2011. No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendations should be **ACCEPTED**.

　　　**IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Recommendations are hereby **ACCEPTED**, and this case is **DISMISSED with prejudice**.

　　　DATED this 19th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge